JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE QUEZADA, | Case No. CV 16-00897 CJC (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 26, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE